

FILED IN COURT OF APPEALS
12th Court of Appeals District

FEB 18 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

FILE COPY

RE: Case No. 14-1079                    DATE: 2/17/2015
    COA #: 12-14-00320-CV      TC#: 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
STYLE: ELLIOTT WILLIAMS
    v. TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **April 1, 2015**.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX  75702